## 29553. JACKSON v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent.*

DECIDED APRIL 8, 1975.

Ulysses Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29628. GILREATH v. GREEN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 8, 1975.

Donnie Gilreath, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29796. STAGE v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 17, 1975.

*Thomas M. West,* for appellant.
*Larry H. Evans, Assistant Attorney General,* for appellee.